UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL,<br>　　　　　Plaintiff,<br>　　v.<br>W. HANKS,<br>　　　　　Defendant. | Case No.　14-cv-00007-WHO<br><br>**ORDER OF TRANSFER** |

　　This federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Lassen County, which is in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

　　**IT IS SO ORDERED.**

**Dated:** January 7, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HORACE BELL,

        Plaintiff,

  v.

W. HANKS et al,

        Defendant.

Case Number: CV14-00007 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Horace Bell J-42454
P.O. Box 3030 D8-120
Susanville, CA 96127

Dated: January 7, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk